W. R. MacGuyer, G. Herbert French, R. E. Townsley, S. Weaver, A. R. Munson, F. W. Barksdale, Geo. Warner, J. T. Hardy, W. A. Dixon, G. A. Cratty, J. B. Miller, C. J. Raymond, A. O. Munson, A. B. Lastinger, F. A. Goss, John W. Haager, W. M. Pritchard, J. W. Beck, R. B. Elledge, J. G. Vernon, D. W. Boyette, Ramon Garcia, W. A. Johnson, C. E. Baumgartner, I. H. Symmes, S. A. Tyner, Max Schram, Mrs. Geo. Warner, Wm. Ingraham, Mrs. W. A. Dixon, W. O. Hailey, Mrs. F. L. Alden, T. C. Rowell, C. L. Jackson, Mary Knight, Norton Roberts and T. J. Baggs, doing business as Roberts & Baggs, S. N. Powell, J. E. Powell, Callie R. Swindall, J. H. Stephens, Mrs. Harry Johnson, M. N. Symmes, R. P. Woodward, J. S. Alexander, W. O. Aldridge, J. A. King, S. Buggica, T. S. Parrish, W. W. Hunt, Joe Bua, J. M. Harris, M. M. Sapp, Vito Annello, J. S. Gee, J. P. Minton, J. F. Craig, J. L. Baumgartner, F. V. Tanner, J. W. Williams, H. B. Broach, Warner Foster, F. M. Van Dyke, F. C. Rowell and J. E. B. Kicklighter, Appellants, v. City of Tampa, a municipal corporation, Appellee.

An Appeal from the Circuit Court for the County of Hillsborough.

Appeal dismissed on motion of counsel for Appellee.

*Leo Stalnaker* and *John R. Stofer,* for Appellants;

*Hilton S. Hampton,* for Appellee.